UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TYQUAN STEWART,<br>    Plaintiff,<br><br>    v.<br><br>ALLEN COUNTY SHERIFF, JACKSON,<br>T. MCCULLOUGH, RENE JENNINGS,<br>DR. DENNIS, CHAPLAIN SIEVERS, AL,<br>CHAPLAIN DAVID NELSON,<br>    Defendants. | CAUSE NO.: 1:17-CV-273-WCL-PRC |

## OPINION AND ORDER

This matter is before the Court on a Motion for Sanction/Report Rule 37 [DE 70], filed by Plaintiff Tyquan Stewart on November 26, 2018. Defendants filed a response on December 10, 2017. Plaintiff has not filed a reply, and the time to do so has passed.

Plaintiff asks the Court to sanction Defendants for failing to allow him enter the jail to inspect the jail. Plaintiff represents that he filed a motion to inspect the jail, which Plaintiff represents the Court granted.

Defendants respond, and the Court agrees, that Plaintiff did not file a motion to inspect the jail in this lawsuit and that the Court did not grant such a request in this lawsuit. Because there is no order requiring that Plaintiff be permitted to inspect the jail, there is no basis for an award of sanctions.

The Court hereby **DENIES** the Motion for Sanction/Report Rule 37 [DE 70].

SO ORDERED this 21st day of December, 2018.

                                                        s/ Paul R. Cherry
                                                        MAGISTRATE JUDGE PAUL R. CHERRY
                                                        UNITED STATES DISTRICT COURT

cc:    Plaintiff, *pro se*